UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 4:17CR059 |
| CHRISTOPHER HODGES, | ) | |
| Defendant. | ) | |

## ORDER

Counsel for defendant Christopher Hodges has filed a motion seeking authorization to hire a criminal investigator "with a proposed budget of $2000.00." Doc. 23. The Criminal Justice Act provides that a defendant must demonstrate that the services of an investigator are "necessary for adequate representation" before the Court will approve the expenditure of public funds for such services. 18 U.S.C. §3006A(e)(1). Counsel has made no showing that the services of an investigator are truly "necessary" in this case.

Until such a showing is made, the request to hire an investigator is DENIED. Counsel is cautioned that conclusions and generalities will not suffice -- he must make a specific showing of need.

SO ORDERED this 5th day of July, 2017.

_____
G. R. SMITH
UNITED STATES MAGISTRATE JUDGE